

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00834-CR

Michelle **CHASE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4377
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 5, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice